UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>GENE D. PRATHER,<br><br>           Defendant.<br>_____ | 2:07-CV-01198 LEW GGH<br><br>CONSENT JUDGMENT PURSUANT TO<br>AGREEMENT BETWEEN THE PARTIES |

The Court finds that the United States of America and Gene D. Prather have entered into a Settlement Agreement. All of the terms set forth in the Settlement Agreement are therein incorporated by reference. It is hereby

ORDERED AND ADJUDGED:

The Court adopts the Settlement Agreement entered into by and between the parties in its entirety. Accordingly, judgment, by consent, in the amount of Forty-Five Thousand Five-Hundred Ninety-Five Dollars and Eleven Cents ($45,595.11), is entered in favor of plaintiff United States of America and against defendant Gene D. Prather.

IT IS SO ORDERED.

DATED: July 5, 2007

RONALD S.W. LEW
Senior, U.S. District Court Judge